**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lerhonda Jordan,<br><br>                          Plaintiff,<br><br>         -v-<br><br><br>CE Solutions Inc.,<br>A&M Transport Inc., and<br>Consolidated Edison Company of New York, Inc.,<br><br>                          Defendant. | **Civ. Action #: 24-CV-04168**<br>**(JLR)(GS)**<br><br>**JUDGMENT** |

  A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 27, 2025; and Defendant CE Solutions Inc., having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Lerhonda Jordan in the amount of $37,500.00, inclusive of all penalties, interest, costs and attorney fees;

  ORDERED and ADJUDGED that judgment is entered in favor of Lerhonda Jordan and against Defendant CE Solutions Inc., in the amount of $37,500.00, inclusive of all penalties, interest, costs and attorney fees.

**Dated: January  29 , 2025**
   **New York, New York**


                _____
                Hon. Jennifer L. Rochon
                United States District Judge