UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LERHONDA JORDAN,

                Plaintiff,

             -v-

CE SOLUTIONS INC., A&M TRANSPORT INC.,
and CONSOLIDATED EDISON COMPANY of
NEW YORK, INC.,

                Defendants.

Civil Action No. 1:24-cv-04168-JLR-GS

this action relates to 1:22-cv-08957-JLR-GS

## AMENDED [~~PROPOSED~~] JUDGMENT

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 27, 2025; Defendant CE Solutions, Inc. ("CE Solutions"), having offered to allow entry of judgment to be taken against it, and releasing and discharging CE Solutions, A&M Transport Inc. ("A&M Transport"), and Consolidated Edison Company of New York, Inc. ("Con Edison") (collectively "All Defendants") from any and all known and unknown claims, debts, obligations or liability that Plaintiff has, had, or may have against All Defendants in this action as of the date of the January 27, 2025 Offer of Judgment, and in favor of Plaintiff Lerhonda Jordan ("Plaintiff") in the amount of $37,500.00, inclusive of all penalties, interest, costs and attorneys' fees.

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant CE Solutions in the amount of $37,500.00, inclusive of all penalties, interests, costs, and attorneys' fees, which includes the release of all known and unknown claims Plaintiff has, had, or may have against Defendants CE Solutions, A&M Transport, and Con Edison, and any and all employees and agents, past and present, of All Defendants. The Clerk of Court is respectfully directed to close the case.

Dated: ~~February 17, 2025~~ February 18, 2025
      New York, New York

                                _Jennifer Rochon_

                                Hon. Jennifer L. Rochon
                                United States District Judge